FILE COPY



**CHIEF JUSTICE**
JAMES T. WORTHEN

**CLERK**
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

**JUSTICES**
BRIAN HOYLE
GREG NEELEY

**CHIEF STAFF ATTORNEY**
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/13/2015 10:05:49 AM
CATHY S. LUSK
Clerk

March 12, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:              12-14-00347-CR
              Trial Court Case Number:   114-0781-14

**Style:**   Jared David McEwen
              v.
              The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

C  Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)
C  Mr. Michael J. West (DELIVERED VIA E-MAIL)
:

Mandate executed on _13tH_ day of __MARCH_____, 2015.

Brief explanation of action taken: __SCANNED_____

_____LINDA RHYMES_____District/County Clerk

1517 WEST FRONT STREET ● SUITE 354 ● TYLER, TX 75702 ● TEL: 903-593-8471 ● FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us